AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ISIDRO ANTONIO FUENTES-MELGAR | ) | Case No. 12-8427-JMH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

NOV - 6 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 5, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Scott Stacy, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/06/2012

_____
*Judge's signature*

City and state: WEST PALM BEACH, FLORIDA

JAMES M. HOPKINS, U.S. MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT
# OF
# AGENT SCOTT STACY
# DEPARTMENT OF HOMELAND SECURITY
# CUSTOMS and BORDER PROTECTION

I, Scott Stacy, being duly sworn, depose and state:

1.	I am a Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection (CBP) (formerly Immigration and Naturalization Service), and have been so employed for more than fifteen (15) years. I am currently assigned to the West Palm Beach Border Patrol Station, Riviera Beach, Florida. The station is located in the Southern District of Florida.

2.	As a Border Patrol Agent, my duties include the detection and interdiction of individuals illegally entering the United States, and those aliens who are currently within the United States illegally. I am trained in detecting and locating individuals suspected of assisting aliens in their illegal entry into the United States by any means. I am also responsible for the investigation and processing of aliens who are entering or residing illegally in the United States as well as the investigation of people responsible for the smuggling of such undocumented aliens.

3.	This affidavit is based upon an ongoing investigation. The information herein is further based on my review of the U.S. Citizenship and Immigration Service (USCIS) File Number A******400, court documents and reports, and interviews of Defendant. The statements contained in this affidavit are based upon my own personal knowledge, as well as

information provided to me by other law enforcement officials and employees of CBP. I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause that Isidro Antonio FUENTES-MELGAR has committed a violation of Title 8, United States Code, Section 1326(a), illegal re-entry into the United States after deportation.

4. On November 5, 2012, at approximately 4:30 a.m., a Border Patrol Agent from the West Palm Beach station encountered a vehicle in front of the entrance gate to the Border Patrol station. The agent approached the vehicle and observed a male subject, later identified as Isidro Antonio FUENTES-MELGAR, hereafter Defendant, sleeping in the vehicle. The agent attempted to get Defendant's attention by shinning a flashlight into the vehicle. Defendant awoke and opened the door to the vehicle. The agent identified himself as a Border Patrol Agent and inquired as to why the vehicle was blocking the entrance and if he needed assistance. Defendant appeared not to understand as he responded in the Spanish language that he was only sleeping. The agent reiterated the inquiry for assistance in Spanish to which Defendant stated that he had just left his place of employment and had consumed several alcoholic beverages and this was the reason that he chose to stop and sleep.

5. The agent was able to observe a foreign passport alongside of Defendant and inquired as to his citizenship. Defendant admitted to being a citizen of El Salvador and to being illegally in the United States. Defendant was placed under administrative arrest and transported into the West Palm Beach Border Patrol Station for vetting and processing.

7. Defendant was enrolled into the DHS e3 Processing System wherein Defendant's biographical information, a photograph, and fingerprints are searched in the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The two systems check prior immigration and criminal history records based on input fingerprints.

8. Defendant was positive in both systems. Defendant was ordered removed on July 10, 2007, and was removed on August 1, 2007, from the United States to El Salvador. Defendant was subsequently arrested and had his order of removal reinstated on June 23, 2008 and was removed on July 21, 2008.

9. I obtained a copy the following forms from the National Records Center: Form I-860, Order of Removal, dated July 10, 2007, Form I-296, Notice of Alien Ordered Removed/Departure Verification bearing a photograph and right index fingerprint of the Defendant, dated August 1, 2007, Form I-205, Warrant of Removal/Deportation, executed July 21, 2008, bearing Defendant's right index fingerprint.

10. On November 5, 20012, approximately 5:49 a.m., Defendant was given the Miranda Warnings (in the Spanish language), waived these rights and agreed to provide a sworn statement without the presence of an attorney. During the sworn statement Defendant admitted to having been ordered deported and subsequently removed from the United States. Defendant stated he last entered the United States on October 17, 2009 by walking the desert near Sasabe,

Arizona. Defendant admitted he had not received permission from the Attorney General to re-enter the United States.

11.  A request was made to the National Records Center, Saint Louis, Missouri for Defendant's alien registration file and for a record of Non-Existence from the U.S. Citizenship and Immigration Services, Royal Palm Beach, Florida which when obtained will confirm that Defendant did not obtain permission from the Secretary of Homeland Security to legally return to the United States after removal.

12.  A fingerprint comparison was conducted from the copied documents in Defendant's file which confirmed that the person's fingerprint on the Form I-205, dated July 21, 2008, matched Defendant's fingerprints obtained on November 5, 2012, at the time of his administrative processing.

13.  Checks were conducted in the USCIS computer database. Information contained in the USCIS database indicated that Defendant had been last removed from the United States on July 21, 2008.

WHEREFORE, on the basis of the foregoing, your affiant submits that probable cause exists to charge defendant Isidro Antonio FUENTES-MELGAR with a violation of Title 8,

4

United States Code, Section 1326(a), that is, Illegal Re-Entry into the United States After Deportation.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SCOTT STACY
BORDER PATROL AGENT
CUSTOMS AND BORDER PROTECTION


SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___6___ DAY OF NOVEMBER 2012
AT WEST PALM BEACH, FLORIDA.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  12-8427-JMH

UNITED STATES OF AMERICA

vs.

ISIDRO ANTONIO FUENTES-MELGAR
                **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _/s/ Carolyn Bell_
CAROLYN BELL
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500286
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Email: carolyn.bell@usdoj.gov